JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>      Plaintiff,<br><br>   vs.<br><br>ELMER O. RAMIREZ, et al.,<br><br>      Defendants. | **Case No.: 2:26-cv-01747-MWF(KSx)**<br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has considered the parties' Joint Stipulation for Dismissal with Prejudice.  (Docket No. 20).  For good cause shown, the Stipulation is GRANTED. The Court ORDERS this entire action DISMISSED with prejudice, with each party to bear her or his own costs and attorney's fees.

IT IS SO ORDERED.

Dated: May 26, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge